USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/23/2026___

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

June 22, 2026

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

**VIA ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE: *North American Derivatives Exchange, Inc., d/b/a OG v. James et al*,
> Case No. 26-cv-04980 (S.D.N.Y)

Dear Judge Marrero:

On behalf of Plaintiff North American Derivatives Exchange, Inc. d/b/a OG ("OG"), we write pursuant to Section VII.D of Your Honor's Individual Practices to inform the Court of the parties' joint proposed briefing schedule for OG's accompanying Motion for Preliminary Injunction (the "Motion").

OG and the Office of the New York Attorney General met and conferred on June 17, 2026, and agreed, subject to Defendants' reservation below, that Defendants' opposition to the Motion is due on July 27, 2026, 35 days after OG's Motion is served on Defendants, and OG's reply is due 21 days thereafter on August 17, 2026. Notwithstanding the above, Defendants reserve the right to seek limited discovery prior to filing an opposition to the Motion. In the event that Defendants move for limited discovery, which OG would oppose, Defendants intend to ask the Court that the proposed briefing schedule be held in abeyance pending the Court's ruling on Defendants' discovery motion and the completion of any discovery, if granted.

Further, and for the same reasons set forth in OG's pre-motion letter seeking consolidation, which is also being filed today, OG respectfully requests that the Court decide the Motion with the pending motion for preliminary injunction in the related action, *United States & CFTC v. New York*, 1:26-cv-03404-VM-BCM (S.D.N.Y.).

Defendants also request that their time to respond to the Complaint be extended to 30 days from the Court's ruling on the Motion. OG does not object to this request.

Respectfully submitted,

*/s/ Robert A. Fumerton*

Robert A. Fumerton

cc:     All counsel of record (by ECF filing)



Request **GRANTED.**

The Court approves the proposed briefing schedule and grants
Defendants' request that their time to respond to the Complaint
be extended to 30 days from the Court's ruling on the Motion.

**SO ORDERED.**

6/23/2026
_____
DATE                    VICTOR MARRERO, U.S.D.J.